1 | KEVIN V. RYAN, CSBN 118321
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169

7

8 | Attorneys for Defendants



9 |                           UNITED STATES DISTRICT COURT

10 |                   NORTHERN DISTRICT OF CALIFORNIA

11 |                            SAN JOSE DIVISION

12 |

13 | BEI CHEN,                          )    No. C 06-1514 JF
                                       )
                    Plaintiff,         )
14 |                                   )
                                       )
15 |        v.                         )
                                       )
       ALBERTO GONZALES, United States )    **STIPULATION TO DISMISS; AND**
16 | Attorney General; MICHAEL         )    [PROPOSED] ORDER
    CHERTOFF, Secretary of the Department )
17 | of Homeland Security; EMILIO T.   )
    GONZALEZ, Director of U.S. Citizenship )
18 | and Immigration Services; DAVID N. )
    STILL, San Francisco District Director, )
19 | U.S. Citizenship and Immigration  )
    Services; ROBERT S. MUELLER,       )
20 | Director of the Federal Bureau of )
    Investigation,                     )
21 |                                   )
                    Defendants.        )
22 | _____)

23 |        Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby

24 | stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication

25 | of Plaintiff's application for naturalization.

26 |        Each of the parties shall bear their own costs and fees.

27 |

28 |

Stipulation to Dismiss
C 06-1514 JF

1  Date: April __/ 7__, 2006

2

3

4

5

6

7

8

9  Date: April ____, 2006

10

11

12

13

14

15

16  Date: 4/27/06

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

See fax Signature

BEI CHENG
*Pro Se*

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

JEREMY FOGEL
United States District Judge

Stipulation to Dismiss
C 06-1514 JF

2

1   Date: April ____, 2006

2

3

4

5

6

7

8

9   Date: April 10, 2006

10

11

12

13

14

15

16   Date:

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

KEVIN V. RYAN
United States Attorney


_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants


_____
BEI CHENG
*Pro Se*


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


_____
JEREMY FOGEL
United States District Judge


Stipulation to Dismiss
C 06-1514 JF

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**STIPULATION TO DISMISS; AND [PROPOSED] ORDER**

**BEI CHENG v. ALBERTO GONZALES, et al.**
C 06-1514 JF

to be served this date upon the party(ies) as follows:

✓   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___   **PERSONAL SERVICE (BY MESSENGER)** I caused such envelope to be delivered by hand to the person or offices of each addressee below.

___   **FACSIMILE (FAX)** Telephone No.: _____ I caused each such document to be sent by facsimile to the person or offices of each addressee below.

___   **FEDERAL EXPRESS**

___   **CERTIFIED MAIL**

___   **BY E-MAIL** I caused each such document to be sent by e-mail to the person or offices of each addressee below.

to the party(ies) addressed as follows:

**Bei Cheng (Pro Se)**
**1507 Marlene Court**
**San Jose, CA 95118**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 10, 2006 at San Francisco, California.

_Carol E. Wexelbaum_
CAROL E WEXELBAUM
Legal Assistant